UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

EDWIN HARDEMAN,

Plaintiff – Appellee/
Cross-Appellant,

v.

MONSANTO COMPANY,

Defendant – Appellant/
Cross-Appellee.

Nos. 19-1663619-16708

D.C. Nos. 3:16-cv-00525-VC,
U.S. District Court for Northern
California, San Francisco

**ORDER**

The amicus brief submitted on March 30, 2020 by California Rural Legal Assistance Foundation, Farmworker Association of Florida, Farmworker Justice, Migrant Clinicians Network, Pesticide Action Network, United Farm Workers, and UFW Foundation is filed. No paper copies are required at this time.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Khanh Thai
Deputy Clerk
Ninth Circuit Rule 27-7